UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-85 (DWF/DLM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES ANTHONY KROGER,

Defendant.

**MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Rebecca E. Kline, Assistant United States Attorney, respectfully moves the Court to continue sentencing in the above-referenced case for 30 days. The government has conferred with Mr. Kroger through his standby counsel, who does not object to the continuance.

The reason for the government's request is that the undersigned has taken over prosecution of the Feeding Our Future fraud cases on behalf of the United States Attorney's Office. The undersigned is now scheduled to begin a 7-defendant trial in *United States v. Ikram Mohamed et al.*, 24-cr-15 (NEB/DTS) on April 20, 2026. The trial is expected to last at least 4-5 weeks. Accordingly, counsel for the United States is unavailable for sentencing on May

5, 2026. Therefore, the government respectfully requests that the Court continue sentencing to early June 2026.

Dated:  March 3, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Rebecca E. Kline*

REBECCA E. KLINE
Assistant United States Attorney